UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. PARKS,<br><br>    Defendant. | Case No. 1:21-cv-01496-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY FILING FEE**<br><br>**45-DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or apply to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff **SHALL** submit the attached application to proceed IFP completed and signed or, in the alternative, pay the $402.00 filing fee for this action. No requests for extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

The Clerk of Court is directed to attach an IFP application form to this order.

IT IS SO ORDERED.

Dated:  **October 8, 2021**          **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE