UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>A. PARKS,<br><br>              Defendant. | Case No.: 1:21-cv-01496-JLT  (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT (Doc. 3) AND COPIES OF MOTIONS (Doc. 8)**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION REQUESTING COURT TO WAIVE THE E-FILING REQUIREMENT (Doc. 4) AND MOTION REQUESTING ACCESS TO LAW LIBRARY (Doc. 7)** |

Plaintiff has filed several motions requesting the assistance of the Court. First, Plaintiff has filed motions seeking copies of the complaint and motions filed in this case. (Docs. 2, 8.) Plaintiff alleges that he has been unable to access the law library to make copies. Under these circumstances, the Court **GRANTS** Plaintiff's requests for copies. (Docs. 2, 8.) The Clerk of Court is DIRECTED to send to Plaintiff copies of the complaint and Plaintiff's motions filed to date. (Docs. 1, 3, 4, 7, 8, 9.)

Plaintiff has filed a motion for access to the law library to file his application for *in forma pauperis* and certified trust account statement. (Doc. 9.) However, Plaintiff has submitted his application to proceed IFP and his prisoner trust account statement. (Docs. 11, 13.) Therefore, Plaintiff's request for access to the law library, (Doc. 9), is **DENIED AS MOOT**.

Plaintiff also seeks an order waiving the e-filing requirement and page limitation for the complaint. (Doc. 3.) The complaint has been filed with the Court, which will screen the complaint in due course. Therefore, Plaintiff's request for a waiver is **DENIED AS MOOT**. Accordingly, the Court ORDERS as follows:

1. Plaintiff's motion for a copy of the complaint (Doc. 3) is **GRANTED**.
2. Plaintiff's motion requesting the Court to waive the e-filing requirement as to the complaint (Doc. 4) is **DENIED AS MOOT**.
3. Plaintiff's motion for access to the law library to file motion for IFP and trust account statement (Doc. 7) is **DENIED AS MOOT**.
4. Plaintiff's motion for copies of his submitted motions (Doc. 8) is **GRANTED**. This is a one-time allowance, and the Court will not again provide copies without the plaintiff prepaying the cost. He is urged to obtain copies of his documents before filing if he wishes to have them.

The Court DIRECTS the Clerk of Court send to Plaintiff copies of the complaint and Plaintiff's motions. (Docs. 1, 3, 4, 7, 8, 9.) The Clerk is further directed to attach a blank consent form to this order, should Plaintiff wish to consent to magistrate judge jurisdiction.

IT IS SO ORDERED.

Dated: **December 8, 2021**          _/s/ Jennifer L. Thurston_
                                     CHIEF UNITED STATES MAGISTRATE JUDGE