# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>A. PARKS,<br><br>            Defendant. | Case No.: 1:21-cv-01496-BAK-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH A CIVIL RIGHTS COMPLAINT FORM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 16)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ronald F. Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion seeking leave to file an amended complaint under Rule 15(a)(2) of Federal Rules of Civil Procedure.  (ECF No. 16.)  As grounds, Plaintiff states that he is currently working on matters in unrelated cases.

Rule 15(a)(2) provides that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  The Court has not yet screened the original complaint.  Therefore, no prejudice will result from granting Plaintiff's request.

Plaintiff is informed that an amended complaint supersedes the original complaint.  *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012).  Thus, the amended complaint must be "complete in itself without reference to the prior or superseded pleading."  E.D. Cal. R. 220.

Additionally, Rule 8 requires the complaint to be "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(1). The rule also provides that "[e]ach allegation must be simple, concise, and direct." *Id.* at 8(d)(1). Plaintiff's original complaint is forty-two handwritten pages, including factual details unrelated to his First Amendment claims. Therefore, Plaintiff shall limit his amended complaint to **twenty-five (25) pages**, and Plaintiff

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint (ECF No. 16.) is GRANTED.  Plaintiff is granted leave to file an amended complaint within **thirty (30) days**.

The Clerk of Court is DIRECTED to provide Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated:   **January 24, 2022**

UNITED STATES MAGISTRATE JUDGE