UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. PARKS,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01496-DAD-BAK (SAB) (PC)<br><br>ORDER PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE 25-PAGE LIMIT ON HIS FIRST AMENDED COMPLAINT<br><br>(ECF No. 27) |

Plaintiff Ronald F. Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has filed a second request for leave to file another first amended complaint ("FAC") exceeding twenty-five pages. (ECF No. 27.) Plaintiff lodged his proposed FAC. (ECF No. 28.)

On January 24, 2022, upon motion by Plaintiff, this Court granted Plaintiff leave to file an FAC and ordered Plaintiff to limit the pleading to twenty-five pages. (ECF No. 17.) Despite this Order, Plaintiff filed a request for leave to exceed the twenty-five-page limit and lodged an FAC consisting of 109 pages, inclusive of exhibits. (ECF Nos. 19, 20.)

On April 5, 2022, the Court denied Plaintiff's request to exceed twenty-five pages. (ECF No. 21.) The Court again granted Plaintiff leave to file an FAC that complies with Federal Rule of Civil Procedure 8 and does not exceed a total of twenty-five pages.[1] (*Id.*)

---

[1] Plaintiff filed a motion for relief from this order under Rule 60 of the Federal Rules of Civil Procedure and objections to this order. (ECF Nos. 22, 23.) These pleadings are pending before the District Judge.

1  On May 2, 2022, Plaintiff filed the instant motion, again seeking leave to file an FAC in excess of twenty-five pages. (ECF No. 27.) Plaintiff lodged a thirty-nine-page first amended complaint in contravention of the Court's prior orders. (ECF No. 28.) The text of the complaint is twenty-two pages. The additional pages again include blank pages and spaces that lengthen the document, and the exhibits include declarations that were not necessary to be filed at this stage of the proceedings. Upon review, although the *pro se* Plaintiff has not strictly complied with the prior court orders, the Court will accept Plaintiff's FAC as filed and screen the FAC in due course.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to exceed the twenty-five-page limit for the first amended complaint, (ECF No. 27), is GRANTED.

IT IS SO ORDERED.

Dated:  **May 17, 2022**

UNITED STATES MAGISTRATE JUDGE