UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. PARKS,<br><br>　　　　Defendant. | Case No.: 1:21-cv-001496-KES-CDB<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION *NUNC PRO TUNC* TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 58) |

Plaintiff Ronald F. Martinez is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     BACKGROUND**

Following service of Plaintiff's fourth amended complaint on Defendants Lirones and Parks, Defendants waived personal service, and a responsive pleading was due to be filed no later than March 28, 2025. (Doc. 57.)

On March 27, 2025, Defendants filed an ex parte application, seeking an extension of time within which to file their responsive pleading. (Doc. 58.)

**II.    DISCUSSION**

Defendants request an extension of 21-days within which to file a responsive pleading. (Doc. 58 at 1.) Defense counsel declares the Attorney General's Office has not yet received a signed Request for Representation form from Defendant Parks. (*Id*. at 3, ¶ 2.) As a result, counsel

has been unable to contact and discuss this action with Parks. (*Id*.) Counsel intends to discuss Plaintiff's complaint in detail prior to preparing a responsive pleading, and thus requires additional time for the receipt of the signed representation form and to prepare the responsive pleading. (*Id*.) Further, counsel declares the litigation office at California State Prison, Corcoran has advised counsel that the signed request form would be provided upon receipt, yet as of March 27, 2025, the signed form has not been provided. (*Id*., ¶ 3.) Defendants have not sought a previous extension of the filing deadline. (*Id*., ¶ 4.)

### III.     CONCLUSION AND ORDER

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' request for an extension of time within which to file a responsive pleading (Doc. 58) is **GRANTED** *nunc pro tunc*; and
2. Defendants **SHALL** file a responsive pleading **no later than April 18, 2025**.

IT IS SO ORDERED.

Dated:   **March 31, 2025**

UNITED STATES MAGISTRATE JUDGE

2