IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTINEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**PARKS, et al.,**<br><br>Defendants. | Case No. 1:21-cv-01496-KES-CDB<br><br>**ORDER ON JOINT STIPULATION TO STAY BRIEFING SCHEDULE FOR 60 DAYS**<br><br>(Doc. 86) |

The Parties' stipulated request to stay the briefing schedule in this matter while they work to resolve discovery disputes and assess possible resolution (Doc. 86) is GRANTED. The current briefing schedule is stayed and this Court will issue a scheduling order after the stay is lifted if this matter is not resolved.

The Parties are instructed to inform the Court immediately if the matter resolves or if discussions to resolve this matter are unsuccessful, after which the Court will set a new deadline to file dispositive motions.

IT IS SO ORDERED.

Dated:    **January 22, 2026**                     _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1

Order (1:21-cv-01496-KES-CDB)